B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Morera, Jorge** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **9543** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1445 Palancia Ave<br>Coral Gables, FL**<br>ZIPCODE **33146-1035** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                                                Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Morera, Jorge** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)      Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                                          Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Morera, Jorge** |
|---|---|

**Signatures**

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jorge Morera**
_____
Signature of Debtor                                                    **Jorge Morera**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
**November 30, 2011**
_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| | |
|---|---|
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |

X **/s/ Timothy S. Kingcade, Esq.**
_____
Signature of Attorney for Debtor(s)

**Timothy S. Kingcade, Esq. 082309**
**Kingcade & Garcia, P.A.**
**1370 Coral Way**
**Miami, FL  33145-2960**
**(305) 285-9100**
**kingcadeserve@bellsouth.net**

**November 30, 2011**
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

| | |
|---|---|
| **Signature of Debtor (Corporation/Partnership)** | |

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Southern District of Florida

IN RE:                                                                    Case No. _____

**Morera, Jorge** _____        Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **_/s/ Jorge Morera_** _____

Date: **November 30, 2011** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Southern District of Florida

**IN RE:**                                                    Case No. _____

Morera, Jorge _____    Chapter **7** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 822,445.00 | | |
| B - Personal Property | Yes | 3 | $ 404,814.50 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 694,316.42 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $ 54,549,326.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 9,370.89 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 9,933.00 |
| TOTAL | | 30 | $ 1,227,259.50 | $ 55,243,643.40 | |

## United States Bankruptcy Court
## Southern District of Florida

IN RE:                                                          Case No. _____

**Morera, Jorge** _____    Chapter **7** _____
                          Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Morera, Jorge** _____ Case No. _____

<table>
<tr><td align="center">Debtor(s)</td><td align="center">(If known)</td></tr>
</table>

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Address: 1445 PALANCIA AVE, CORAL GABLES, FL 33146-1035**<br>**Homestead Property: Single Family Home**<br>**Purchase date: 12/22/2000**<br>**To Be Reaffirmed/Jointly Owned With Non-Filing Spouse. Debtor claims TBE.** | **Tenancy by the Entirety** | | **755,287.00** | **431,214.00** |
| **Address: 5109 Arbor Pointe Cir, Apt 117, Tampa, FL 33617**<br>**Investment Property: Condominium Unit**<br>**Purchase date: 9/2006**<br>**Mortgage Loan in wife's name/Jointly Owned With Non-Filing Spouse.** | | | **39,370.00** | **138,941.42** |
| **Address: 5109 Arbor Pointe Cir, Apt 122, Tampa, FL 33617**<br>**Investment Property: Condominium Unit**<br>**Purchase date: 09/2006**<br>**Mortgage Loan in wife's name/Jointly Owned With Non-Filing Spouse.** | | | **27,788.00** | **119,477.00** |
| | | **TOTAL** | **822,445.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Morera, Jorge _____    Case No. _____
                                                                       Debtor(s)                                                                                                                                             (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on Hand** | | **100.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Charles Schwab Investment Acct #8483 Jointly Owned With Non-Filing Spouse. Debtor claims Tenancy by the Entireties Value=$3,307.00** | | **3,307.00** |
| | | **Charles Schwab Investment Acct #8484 Debtor is custodian for minor child - BLT Account is presently garnished** | | **830.00** |
| | | **Continental Checking Acct #7275 Acct opened 11/25/2011 Jointly Owned with Non-Filing Spouse Value $500.00 Debtor claims 1/2 interest=$250.00** | J | **250.00** |
| | | **Prepaid college account for: Ryan Morera - BLT** | | **0.00** |
| | | **Prepaid college account for: Kevin Morera - BLT** | | **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Misc. Household Goods Based on Inventory List Jointly Owned With Non-Filing Spouse.  Debtor claims only 50% interest in value: $2,249** | | **1,124.50** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Misc. Clothing** | | **100.00** |
| 7.  Furs and jewelry. | | **Misc. Jewelry Based on Inventory List** | | **60.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Co. John Hancok No Cash Surrender Value** | | **0.00** |
| | | **Term Life Insurance Co. John Hancock No Cash Surrender Value** | | **0.00** |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Morera, Jorge**
_____  Case No. _____
Debtor(s)                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Charles Schwab - IRA** <br> **IRA - Principal** | | 386.00 <br> 325,679.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Business: 50%-Ryke Investments LLC** <br> **Business presently does not own any assets and is not operating** <br> **Debtor wife owns the other 50% interest.** | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Morera Joint Living Trust** <br> **Jointly Owned With Non-Filing Spouse.  Debtor claims 1/2 interest** <br> **Assets:** <br> **Address: 8000 SW 81 Dr, Apt 309, Miami, FL 33143** <br> **Secured with Wells Fargo Bank Nv Na $4,684** <br> **Investment Property: Condominium Unit** <br> **Purchase date: 5/28/2009 -Value $67,280.00** <br> **Monthly Rent: $900 (less mortgage & maint. $470.00)** <br> **Continental Bank of Miami:** <br> **Acct #0251 - $5,000 (Opened 06/2011)** <br> **Acct #8504 - $1,922 (Opened 06/2011)** <br> **Acct #8512 - $3,450 (Opened 06/2011)** <br> **Value =$77,653.00** | | 72,968.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Morera, Jorge _____  Case No. _____
_____ Debtor(s) _____                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Debtor stated he presently does not own any vehicle. He stated he is sharing his wife's vehicle.** | | **0.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 dog** | | **10.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| **TOTAL** | **404,814.50** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C (Official Form 6C) (04/10)**

**IN RE Morera, Jorge** _____    Case No. _____

Debtor(s)                                         (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Address: 1445 PALANCIA AVE, CORAL GABLES, FL 33146-1035 Homestead Property: Single Family Home Purchase date: 12/22/2000 To Be Reaffirmed/Jointly Owned With Non-Filing Spouse.  Debtor claims TBE.** | **Art. X, §4(a)(1), FSA §§ 222.01, 222.02** | **1.00** | **755,287.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on Hand** | **Art X § 4(a)(2)** | **100.00** | **100.00** |
| **Charles Schwab Investment Acct #8483 Jointly Owned With Non-Filing Spouse. Debtor claims Tenancy by the Entireties Value=$3,307.00 Account is presently garnished** | **In re Monzon, 214 BR 38** | **3,307.00** | **3,307.00** |
| **Misc. Household Goods Based on Inventory List Jointly Owned With Non-Filing Spouse. Debtor claims only 50% interest in value: $2,249** | **Art X § 4(a)(2)** | **900.00** | **1,124.50** |
| **Charles Schwab - IRA** | **FSA § 222.21(2)** | **386.00** | **386.00** |
| **IRA - Principal** | **FSA § 222.21(2)** | **325,679.00** | **325,679.00** |
| **Morera Joint Living Trust Jointly Owned With Non-Filing Spouse. Debtor claims 1/2 interest Assets: Address: 8000 SW 81 Dr, Apt 309, Miami, FL 33143 Secured with Wells Fargo Bank Nv Na $4,684 Investment Property: Condominium Unit Purchase date: 5/28/2009 -Value $67,280.00 Monthly Rent: $900 (less mortgage & maint. $470.00) Continental Bank of Miami: Acct #0251 - $5,000 (Opened 06/2011) Acct #8504 - $1,922 (Opened 06/2011) Acct #8512 - $3,450 (Opened 06/2011) Value =$77,653.00** | **In re Monzon, 214 BR 38** | **72,968.00** | **72,968.00** |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

**IN RE** Morera, Jorge _____ **Case No.** _____
Debtor(s)                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1256042616** <br> **Americas Servicing Co** <br> **POBox 10388** <br> **Des Moines, IA  50306** | | W | **Mortgage Loan in Debtor's spouse's name only** <br> **Non-Homestead** <br> **5109 Arbor Pointe Cir, Apt 117, Tampa, FL 33617** <br> VALUE $ **39,370.00** | | | | **111,172.00** | **71,802.00** |
| ACCOUNT NO. **1256042617** <br> **Americas Servicing Co** <br> **POBox 10388** <br> **Des Moines, IA  50306** | | W | **Mortgage Loan in Debtor's spouse's name only** <br> **Non-Homestead** <br> **5109 Arbor Pointe Cir, Apt 122, Tampa, FL 33617** <br> VALUE $ **27,788.00** | | | | **95,556.00** | **67,768.00** |
| ACCOUNT NO. **68218011752099** <br> **Bank Of America, N.a.** <br> **4161 Piedmont Pkwy** <br> **Greensboro, NC  27410** | | | **Home Equity Line of Credit 08/07-10/11** <br> **Homestead Property** <br> **1445 PALANCIA AVE, CORAL GABLES, FL 33146-1035** <br> VALUE $ **755,287.00** | | | | **196,783.00** | |
| ACCOUNT NO. **1560022646335** <br> **Chase** <br> **9451 Corbin Avenue** <br> **Northridge, CA  91328** | X | J | **Mortgage Loan 12/02-11/11** <br> **Homestead Property** <br> **1445 PALANCIA AVE, CORAL GABLES, FL 33146-1035** <br> VALUE $ **755,287.00** | | | | **234,431.00** | |

**1** continuation sheets attached

Subtotal (Total of this page) $ **637,942.00**  $ **139,570.00**

Total (Use only on last page) $            $

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Morera, Jorge** _____  Case No. _____

Debtor(s) (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0359284167** <br><br>**Gmac Mortgage** <br>**3451 Hammond Ave** <br>**Waterloo, IA  50704** | X | | **Mortgage Loan in Debtor's spouse's name only** <br>**Non-Homestead** <br>**5109 Arbor Pointe Cir, Apt 122, Tampa, FL 33617** <br> VALUE $ **27,788.00** | | | | **23,921.00** | **23,921.00** |
| ACCOUNT NO. **0359284211** <br><br>**GMAC Mortgage** <br>**P.O. Box 4622** <br>**Waterloo, IA  50704-4622** | | W | **Mortgage Loan in Debtor's spouse's name only** <br>**Non-Homestead** <br>**5109 Arbor Pointe Cir, Apt 117, Tampa, FL 33617** <br> VALUE $ **39,370.00** | | | | 27,769.42 | 27,769.42 |
| ACCOUNT NO. **68168147201991998** <br><br>**Wells Fargo Bank Nv Na** <br>**Po Box 31557** <br>**Billings, MT  59107** | X | J | **Home Equity Line of Credit 08/04-10/11 Trust Property** <br>**8000 SW 81 Dr, Apt 309, Miami, FL 33143** <br><br> VALUE $ **72,968.00** | | | | 4,684.00 | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | $ **56,374.42** | $ **51,690.42** |
| Total <br>(Use only on last page) | $ **694,316.42** | $ **191,260.42** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Morera, Jorge
_____   Case No. _____
Debtor(s)                                                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Morera, Jorge     Case No. _____

_____    _____

Debtor(s)                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **09-37308-CA-01** <br><br> **1377 Group, Llc** <br> **2030 Douglas Rd Ste 108** <br> **Coral Gables, FL  33134** | | | **Defendant in Lawsuit** | | | X | 1.00 |
| ACCOUNT NO. **09-37308-CA-01** <br><br> **A Squared Investments, Llc** <br> **1825 Ponce De Leon Ste 424** <br> **Coral Gables, FL  33134** | | | **Garnishee in Lawsuit** | | | X | 1.00 |
| ACCOUNT NO. **09-37308-CA-01** <br><br> **AA2 Holdings, Llc** <br> **1825 Ponce De Leon Bldv Ste 424** <br> **Coral Gables, FL  33134** | | | **Garnishee in Lawsuit** | | | X | 1.00 |
| ACCOUNT NO. **3300608464853** <br><br> **Abn Amro Mortgage Grou** <br> **Po Box 9438** <br> **Gaithersburg, MD  20898** | | J | **Mortgage Loan 10/02** <br> **$0 Balance on Credit Report** | | | X | 1.00 |

**16** continuation sheets attached

Subtotal (Total of this page) $ **4.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Morera, Jorge _____    Case No. _____
                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **10-7520-CA-01** <br><br>**Albert Arisso 2030 Douglas Rd Ste 108 Coral Gables, FL  33134** | | | **Defendant in Lawsuits Case Nos. 10-7519-CA-01, 09-37308-CA-01** | X | | | 1.00 |
| ACCOUNT NO. <br><br>**Albert Arisso 1650 Coral Way Ste 300 Coral Gables, FL  33145** | | | **Assignee or other notification for: Albert Arisso** | | | | |
| ACCOUNT NO. <br><br>**Albert Arisso 553 La Fitte Rd Little Torch Key, FL  33042** | | | **Assignee or other notification for: Albert Arisso** | | | | |
| ACCOUNT NO. **09-37308-CA-01** <br><br>**Albert Arisso, Ralph Velocci, Et. Al. C/O Meland Russia Budwick 200 S Biscayne Blvd Miami, FL  33131** | | | **Defendant in Lawsuit** | X | | | 1.00 |
| ACCOUNT NO. **3499916184159963** <br><br>**Amex Po Box 297871 Fort Lauderdale, FL  33329** | | | **Revolving Credit Card 09/96-10/11** | | | | 1,324.00 |
| ACCOUNT NO. <br><br>**American Express Special Research PO Box 981540 El Paso, TX  79998-1540** | | | **Assignee or other notification for: Amex** | | | | |
| ACCOUNT NO. **3499911896532233** <br><br>**Amex Po Box 297871 Fort Lauderdale, FL  33329** | | | **Revolving Credit Card 10/11 $0 Balance on Credit Report** | X | | | 1.00 |

Sheet no. **1** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,327.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Morera, Jorge _____    Case No. _____
                      Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3499914016590573**<br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL  33329** | | | **Revolving Credit Card 03/09**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **3499910996466303**<br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL  33329** | | | **Revolving Credit Card 08/09**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **3774-813017-53122**<br>**Amex Dsnb**<br>**9111 Duke Blvd**<br>**Mason, OH  45040** | | J | **Revolving Credit Card 10/11**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **09-37308-CA-01**<br>**Artes Y Television, Inc**<br>**Need Address** | | | **Co-Defendant in Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **09-37308-CA-01**<br>**Aylsworth & Aylsworth Llp**<br>**3109 Grand Ave Ste 222**<br>**Miami, FL  33133** | | | **Attorney for Plaintiff Us Acquisition Llc** | X | | | **1.00** |
| ACCOUNT NO. **4264-2959-9928-9175**<br>**Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE  19850** | | | **Revolving Credit Card 11/00-08/11** | | | | **12,541.00** |
| ACCOUNT NO.<br>**Bank Of America**<br>**PO Box 15026**<br>**Wilmington, DE  19850-5026** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |

Sheet no. **2** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal            
(Total of this page) $   **12,546.00**

                                   Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Morera, Jorge _____     Case No. _____
                  Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5490-9913-1650-0715**<br>**Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE  19850** | | | **Revolving Credit Card 05/10**<br>**$0 Balance on Credit Report** | X | | | 1.00 |
| ACCOUNT NO. **2620**<br>**Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE  19850** | | | **Revolving Credit Card 11/08**<br>**$0 Balance on Credit Report** | X | | | 1.00 |
| ACCOUNT NO. **09-37308-CA-01**<br>**Bank Of America, N.a.**<br>**2308 Ponce De Leon Blvd**<br>**Coral Gables, FL  33134** | | | **Garnishee in Lawsuit** | X | | | 1.00 |
| ACCOUNT NO. **4266-9210-1619-5966**<br>**Bank One**<br>**Po Box 15298**<br>**Wilmington, DE  19850** | | | **Revolving Credit Card 05/04**<br>**$0 Balance on Credit Report** | X | | | 1.00 |
| ACCOUNT NO. **5162997716**<br>**Bnkunted Fsb**<br>**7815 Nw 148th St**<br>**Miami Lakes, FL  33016** | | J | **Mortgage Loan 12/03**<br>**$0 Balance on Credit Report** | X | | | 1.00 |
| ACCOUNT NO. **09-37308-CA-01**<br>**Branch Bank And Trust Co**<br>**1200 S Pine Island Rd**<br>**Plantation, FL  33324** | | | **Garnishee in Lawsuit** | X | | | 1.00 |
| ACCOUNT NO.<br>**Branch Bank And Trust Co**<br>**1200 S Pine Island Rd**<br>**Plantation, FL  33324** | | | **Business Debt** | | | | 1,500,000.00 |

Sheet no. __**3**__ of __**16**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **1,500,006.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Morera, Jorge _____    Case No. _____
           Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **438864208215**<br>**Cap One**<br>**Pob 30281**<br>**Salt Lake City, UT  84130** | | | **Revolving Credit Card 12/01**<br>**$0 Balance on Credit Report** | X | | | 1.00 |
| ACCOUNT NO. **09-37308-CA-01**<br>**Charles Schwab & Co, Inc**<br>**C/O Ct Corp System**<br>**1200 S Pine Island Rd**<br>**Plantation, FL  33324** | | | **Garnishee in Lawsuit** | X | | | 1.00 |
| ACCOUNT NO. **4305-8735-4001-0182**<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE  19850** | | | **Revolving Credit Card 02/02-11/11** | | | | 25,317.00 |
| ACCOUNT NO.<br>**Chase, Inc**<br>**PO Box 15153**<br>**Wilmington, DE  19886-5153** | | | **Assignee or other notification for:**<br>**Chase** | | | | |
| ACCOUNT NO. **267691**<br>**Chase Bank Usa, Na**<br>**Po Box 15298**<br>**Wilmington, DE  19850** | | | **Revolving Credit Card 05/02**<br>**$0 Balance on Credit Report** | X | | | 1.00 |
| ACCOUNT NO. **1692367787**<br>**Chase Manhattan Mtge**<br>**3415 Vision Dr**<br>**Columbus, OH  43219** | | J | **Mortgage Loan 03/06**<br>**$0 Balance on Credit Report** | X | | | 1.00 |
| ACCOUNT NO. **152300350735**<br>**Chase/cc**<br>**201 N. Walnut St//de1-1027**<br>**Wilmington, DE  19801** | | | **Revolving Credit Card 01/07**<br>**$0 Balance on Credit Report** | X | | | 1.00 |

Sheet no. **4** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 25,322.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Morera, Jorge _____    Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1012993778**<br><br>**Chevron**<br>**Pob 5010**<br>**Concord, CA  94524** | | J | **Revolving Credit Card 04/08**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **xxx-xx-9543**<br><br>**Child Support Enforcement**<br>**PO Box 8030**<br>**Tallahassee, FL  32314-8030** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **5466-1602-3893-7625**<br><br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD  57117** | | | **Revolving Credit Card 05/05-11/11** | | | | **65,269.00** |
| ACCOUNT NO.<br><br>**Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**P.O. Box 20507**<br>**Kansas City, MO  64195-0507** | | | **Assignee or other notification for:**<br>**Citi** | | | | |
| ACCOUNT NO. **5424-1803-9235-9177**<br><br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD  57117** | | | **Revolving Credit Card 08/03**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **5410-6584-3628-6635**<br><br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD  57117** | | | **Revolving Credit Card 04/03**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **5466-1600-2914-8960**<br><br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD  57117** | | | **Revolving Credit Card 07/04**<br>**$0 Balance on Credit Report** | X | | | **1.00** |

Sheet no. __**5**__ of __**16**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **65,273.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Morera, Jorge _____    Case No. _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6032590144732863** <br><br> **Citi Ctb** <br> **Po Box 22066** <br> **Tempe, AZ  85285** | | J | **Revolving Credit Card 12/05** <br> **$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **09-37308-CA-01** <br><br> **Citibank N.A.** <br> **396 Alhambra Cir** <br> **Coral Gables, FL  33134** | | | **Garnishee in Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **09-37308-CA-01** <br><br> **Colegio De Cinematografia** <br> **Need Address** | | | **Co-Defendant in Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **09-37308-CA-01** <br><br> **Credit Suisse Ag** <br> **2525 Ponce De Leon Blvd Ste 1225** <br> **Coral Gables, FL  33134** | | | **Co-Defendant in Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **xxx-xx-9543** <br><br> **Department Of The Treasury** <br> **PO Box 21126** <br> **Philadelphia, PA  19114-0326** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **09-37308-CA-01** <br><br> **DLJ Private Equity Partners Fund, L.P.** <br> **Need Address** | | | **Garnishee in Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **4766-778-596-736** <br><br> **Dsnb Macys** <br> **9111 Duke Blvd** <br> **Mason, OH  45040** | | | **Revolving Credit Card 09/11** <br> **$0 Balance on Credit Report** | X | | | **1.00** |

Sheet no. **6** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **6.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Morera, Jorge _____  Case No. _____
        Debtor(s)                                            (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4764147373836**<br>**Dsnb Macys**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | J | **Revolving Credit Card 09/11**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **4764147373830**<br>**Dsnb Macys**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | J | **Revolving Credit Card 11/11**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **4766778596720**<br>**Dsnb Macys**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | | **Revolving Credit Card 09/11**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **10-42071-CA-01**<br>**Ehrenstein Charbonneau Calderin**<br>**501 Brickell Key Dr Ste 300**<br>**Miami, FL 33131** | | | **Attorney for Plaintiff Ralph Velocci** | X | | | **1.00** |
| ACCOUNT NO.<br>**Ralph Velocci**<br>**2030 Douglas Rd Ste 108**<br>**Coral Gables, FL 33134** | | | **Assignee or other notification for:**<br>**Ehrenstein Charbonneau Calderin** | | | | |
| ACCOUNT NO. **xxx-xx-9543**<br>**Equifax**<br>**PO Box 740241**<br>**Atlanta, GA 30374-0241** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **1409000047124**<br>**Everhome Mortgage Co**<br>**4500 Salisbury Rd**<br>**Jacksonville, FL 32216** | | J | **Mortgage Loan 02/08**<br>**$0 Balance on Credit Report** | X | | | **1.00** |

Sheet no. **7** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Morera, Jorge**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-9543** **Experian** **PO Box 2002** **Allen, TX  75013-2002** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **6035320130994344** **Expo/cbna** **Po Box 6497** **Sioux Falls, SD  57117** | | | **Revolving Credit Card 08/03** **$0 Balance on Credit Report** | | | X | **1.00** |
| ACCOUNT NO. **First Bank Of Puerto Rico** **701 Waterford Way, Building 1, #800** **Miami, FL  33126** | | | **Business Debt** | | | | **29,000,000.00** |
| ACCOUNT NO. **xxx-xx-9543** **Florida Department Of Revenue** **PO Box 6668** **Tallahassee, FL  32314-6668** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **6034610200105818** **Gecrb/baers Furniture** **Po Box 981439** **El Paso, TX  79998** | | | **Revolving Credit Card 02/05** **$0 Balance on Credit Report** | | | X | **1.00** |
| ACCOUNT NO. **6019170117047669** **Gecrb/brandsmart** **Po Box 965036** **Orlando, FL  32896** | | | **Revolving Credit Card 10/10-10/11** | | | | **715.00** |
| ACCOUNT NO. **6019190207662045** **Gecrb/city Furniture** **Po Box 981439** **El Paso, TX  79998** | | | **Revolving Credit Card 11/11** **$0 Balance on Credit Report** | | | X | **1.00** |

Sheet no. **8** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **29,000,718.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) — Cont.

IN RE __Morera, Jorge_____   Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6044161004896200**<br>**Gecrb/ikea**<br>**Po Box 965005**<br>**Orlando, FL  32896** | | | Revolving Credit Card 11/11<br>$0 Balance on Credit Report | X | | | 1.00 |
| ACCOUNT NO. **10-7519-CA-01**<br>**Hialeah Pointe Llc**<br>**P.O. Box 960296**<br>**Miami, FL  33296** | | | Co-Defendant in Lawsuit | X | | | 1.00 |
| ACCOUNT NO. **09-37308-CA-01**<br>**Hsbc Bank Usa, N.A.**<br>**2199 Ponce De Leon Blvd Ste 100**<br>**Coral Gables, FL  33134** | | | Garnishee in Lawsuit | X | | | 1.00 |
| ACCOUNT NO. **7021271150813373**<br>**Hsbc/bsbuy**<br>**Po Box 5253**<br>**Carol Stream, IL  60197** | | | Revolving Credit Card 10/04-10/11 | | | | 473.00 |
| ACCOUNT NO. **01003212050**<br>**Hsbc/rs**<br>**90 Christiana Rd**<br>**New Castle, DE  19720** | | | Revolving Credit Card 06/03<br>$0 Balance on Credit Report | X | | | 1.00 |
| ACCOUNT NO. **1012694707**<br>**Hsbc/saks**<br>**Po Box 10327**<br>**Jackson, MS  39289** | | | Revolving Credit Card 03/04<br>$0 Balance on Credit Report | X | | | 1.00 |
| ACCOUNT NO. **09-37308-CA-01**<br>**Indeco (U.S.A.) Inc**<br>**Need Address** | | | Co-Defendant in Lawsuit | X | | | 1.00 |

Sheet no. __9__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 479.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Morera, Jorge
_____          Case No. _____
             Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **09-37308-CA-01**<br>**Interamerican Bank, A Fsb**<br>**9190 Coral Way**<br>**Miami, FL  33165** | | | **Garnishee in Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **xxx-xx-9543**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | | | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **09-37308-CA-01**<br>**JPMorgan Chase - Legal Dept**<br>**80 Sw 8th St Ste 100**<br>**Miami, FL  33130** | | | **Garnishee in Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **3029034075**<br>**Kay Jewelers**<br>**375 Ghent Rd**<br>**Fairlawn, OH  44333** | | | **Revolving Credit Card 04/06**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **3029034075**<br>**Kay Jewelers**<br>**375 Ghent Rd**<br>**Akron, OH  44333** | | | **Revolving Credit Card 09/10**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **10-42071-CA-01**<br>**Liverpool Investments Llc**<br>**7385 Galloway Rd Ste 200**<br>**Miami, FL  33173** | | | **Plaintiff in Lawsuit**<br>**Co-Defendant in Lawsuit Case No. 09-37308-CA-01** | X | | | **1.00** |
| ACCOUNT NO.<br>**Mas Capital Lending**<br>**Attn: Juan Carlos Mas**<br>**3750 NW 87 Ave, #400**<br>**Miami, FL  33178** | | | **Business Debt** | | | | **800,000.00** |

Sheet no. **10** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **800,005.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Morera, Jorge _____   Case No. _____
                    Debtor(s)                                                             (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **10-7520-CA-01**<br><br>**Metro Bank Of Dade County**<br>**9350 S Dixie Hwy Ste 1120**<br>**Miami, FL  33156** | X | | **Plaintiff in Lawsuit (NAFH Nat. Bank Miami FL)**<br>**Business Debt** | | | | **5,682,961.51** |
| ACCOUNT NO. **10-7519-CA-01**<br><br>**Metro Bank Of Dade County**<br>**9350 S Dixie Hwy Ste 1120**<br>**Miami, FL  33156** | X | | **Plaintiff in Lawsuit**<br>**Business Debt** | | | | **3,864,183.65** |
| ACCOUNT NO. **09-37308-CA-01**<br><br>**Monty's Holdings, Inc**<br>**2550 S Bayshore Dr**<br>**Miami, FL  33133** | | | **Garnishee in Lawsuit** | | | X | **1.00** |
| ACCOUNT NO. **09-37308-CA-01**<br><br>**Morgan Stanley Smith Barney Llc**<br>**C/O Ct Corp System**<br>**1200 S Pine Island Rd**<br>**Plantation, FL  33324** | | | **Garnishee in Lawsuit** | | | X | **1.00** |
| ACCOUNT NO. **09-37308-CA-01**<br><br>**Nexgen Special Assets, Llc**<br>**C/O Jones, Walker, Et. Al.**<br>**601 Brickell Key Dr Ste 500**<br>**Miami, FL  33131** | | | **Plaintiff in Lawsuit**<br>**Business Debt** | | | | **3,118,284.26** |
| ACCOUNT NO. **09-37308-CA-01**<br><br>**Paul Davis Restoration Of Greater Miami**<br>**C/O Vanessa Velocci**<br>**2699 W 79th St Bay 1**<br>**Hialeah, FL  33016** | | | **Garnishee in Lawsuit** | | | X | **1.00** |
| ACCOUNT NO.<br><br>**Premier American Bank**<br>**5301 Blue Lagoon Drive, #190**<br>**Miami, FL  33126** | | | **Business Debt** | | | | **2,100,000.00** |

Sheet no. __11__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,765,432.42**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Morera, Jorge _____     Case No. _____
                    Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6868485606**<br><br>**Quest Diagnostics**<br>**P.O. Box 740781**<br>**Cincinnati, OH 45274-0781** | | | **Medical Services 11/10** | | | | **37.53** |
| ACCOUNT NO. **6189238734**<br><br>**Quest Diagnostics**<br>**P.O. Box 740781**<br>**Cincinnati, OH 45274-0781** | | | **Medical Services 11/09** | | | | **473.19** |
| ACCOUNT NO. **6648896630**<br><br>**Quest Diagnostics**<br>**P.O. Box 740781**<br>**Cincinnati, OH 45274-0781** | | | **Medical Services 07/10** | | | | **94.58** |
| ACCOUNT NO. **10-42071-CA-01**<br><br>**Ralph Velocci**<br>**2030 Douglas Rd Ste 108**<br>**Coral Gables, FL 33134** | | | **Plaintiff in Lawsuit**<br>**Co-Defendant in Lawsuits Case Nos.**<br>**10-7519-CA-01, 10-7520-CA-01, 09-37308-CA-01**<br>**Business Debt** | | | | **7,009,324.00** |
| ACCOUNT NO.<br><br>**Ralph Velocci**<br>**349 Centre Island**<br>**Golden Beach, FL 33160** | | | **Assignee or other notification for:**<br>**Ralph Velocci** | | | | |
| ACCOUNT NO. **09-37308-CA-01**<br><br>**Ramon Mijares & Luisa Mijares**<br>**3309 NE 169th St.**<br>**North Miami Beach, FL 33160** | | | **Co-Defendant in Lawsuit** | | X | | **1.00** |
| ACCOUNT NO. **09-37308-CA-01**<br><br>**Rav-Enviro Consultants Inc**<br>**C/O Ralph Velocci**<br>**2699 W 79th St Ste 1**<br>**Hialeah, FL 33016** | | | **Garnishee in Lawsuit** | | X | | **1.00** |

Sheet no. __12__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,009,931.30**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Morera, Jorge
_____    Case No. _____
        Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **10-42071-CA-01** <br> **Richard Morgan & Carl Williams Et. Al.** <br> **100 Se 2nd St 34th Fl** <br> **Miami, FL 33131-2158** | | | **Attorneys in Lawsuit** | | X | | **1.00** |
| ACCOUNT NO. **09-37308-CA-01** <br> **Rmi Llc** <br> **C/O Stephen J. Kneapler** <br> **2550 S Bayshore Dr** <br> **Miami, FL 33133** | | | **Garnishee in Lawsuit** | | X | | **1.00** |
| ACCOUNT NO. **10-7520-CA-01** <br> **Robert P. Frankel & Associates, P.A.** <br> **25 W Flagler St** <br> **Miami, FL 33130** | | | **Attorney for Plaintiff Metro Bank of Dade County Lawsuit Case No. 10-7519-CA-01** | | X | | **1.00** |
| ACCOUNT NO. <br> **Metro Bank Of Dade County** <br> **9350 S Dixie Hwy Ste 1120** <br> **Miami, FL 33156** | | | **Assignee or other notification for:** <br> **Robert P. Frankel & Associates, P.A.** | | | | |
| ACCOUNT NO. **10-7519-CA-25** <br> **Robert P. Frankel & Associates, P.A.** <br> **25 W Flagler St** <br> **Miami, FL 33130** | | | **Attorneys for Metro Bank of Dade Cty** | | X | | **1.00** |
| ACCOUNT NO. **09-37308-CA-01** <br> **Ryke Investments, Llc** <br> **C/O Jorge Morera** <br> **1445 Palancia Ave** <br> **Coral Gables, FL 33146** | | | **Garnishee in Lawsuit** | | X | | **1.00** |
| ACCOUNT NO. **09-37308-CA-01** <br> **Sabadell United Bank Na** <br> **2109 Ponce De Leon Blvd** <br> **Coral Gables, FL 33134** | | | **Garnishee in Lawsuit** | | X | | **1.00** |

Sheet no. __13__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Morera, Jorge _____ Case No. _____
                    Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **09-37308-CA-01**<br>**Sanders Morris Harris Inc**<br>**C/O Ct Corp System**<br>**1200 S Pine Island Rd**<br>**Plantation, FL  33324** | | | **Garnishee in Lawsuit** | | X | | **1.00** |
| ACCOUNT NO. **09-37308-CA-01**<br>**Seacoast Banking Corp Of Florida**<br>**C/O Dennis S. Hudson III**<br>**815 Colorado Ave**<br>**Stuart, FL  34994** | | | **Garnishee in Lawsuit** | | X | | **1.00** |
| ACCOUNT NO. **09-37308-CA-01**<br>**South River Pointe, Llc**<br>**2030 Douglas Rd Ste 108**<br>**Coral Gables, FL  33134** | | | **Defendant in Lawsuit** | | X | | **1.00** |
| ACCOUNT NO. **09-37308-CA-01**<br>**Space Coast Credit Union**<br>**2333 Salzedo St**<br>**Coral Gables, FL  33134** | | | **Garnishee in Lawsuit** | | X | | **1.00** |
| ACCOUNT NO. **09-37308-CA-01**<br>**Suntrust Bank**<br>**777 Brickell Ave**<br>**Miami, FL 33131** | | | **Garnishee in Lawsuit** | | X | | **1.00** |
| ACCOUNT NO. **10-7520-CA-01**<br>**Tabas Freedman Soloff Miller & Brown**<br>**14 Ne First Ave, Penthouse**<br>**Miami, FL  33132** | | | **Attorney for Defendants**<br>**Lawsuit Case No. 10-7519-CA-01** | | X | | **1.00** |
| ACCOUNT NO. **09-37308-CA-01**<br>**Td Ameritrade Inc**<br>**255 Alhambra Cir Ste 120**<br>**Coral Gables, FL  33134** | | | **Garnishee in Lawsuit** | | X | | **1.00** |

Sheet no. __14__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Morera, Jorge _____  Case No. _____
        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 09-37308-CA-01<br>Tidal Wave Investment Corp<br>C/O Harry K. Bender<br>2625 Ponce De Leon Blvd Ste 245<br>Coral Gables, FL 33134 | | | Garnishee in Lawsuit | | X | | 1.00 |
| ACCOUNT NO. 09-37308-CA-01<br>Total Bank<br>2828 Coral Way Ste 530<br>Miami, FL 33145 | | | Garnishee in Lawsuit | | X | | 1.00 |
| ACCOUNT NO. xxx-xx-9543<br>Transunion<br>PO Box 1000<br>Chester, PA 19022-2001 | | | Notice Only | | | | 0.00 |
| ACCOUNT NO. 09-37308-CA-01<br>Ubs Financial Services<br>100 Se 2nd St Ste 2400<br>Miami, FL 33131 | | | Garnishee in Lawsuit | | X | | 1.00 |
| ACCOUNT NO. 5491-1303-1179-4499<br>Unvl/citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | | | Revolving Credit Card 08/03<br>$0 Balance on Credit Report | | X | | 1.00 |
| ACCOUNT NO. 09-37308-CA-01<br>Us Acquisition, Llc<br>3109 Grand Ave Ste 222<br>Miami, FL 33133 | X | | Plaintiff in Foreclosure Lawsuit (original lawsuit Plaintiff: Nexgen Special Assets LLC)/Foreclosure sale 3/2011 | | | | 1,368,248.26 |
| ACCOUNT NO. 09-37308-CA-01<br>Waste Management Inc Of Florida<br>C/O Ct Corp System<br>1200 S Pine Island Rd<br>Plantation, FL 33324 | | | Garnishee in Lawsuit | | X | | 1.00 |

Sheet no. 15 of 16 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 1,368,253.26

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Morera, Jorge                                                          Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 09-37308-CA-01<br><br>**Wells Fargo Bank**<br>**2555 Ponce De Leon Blvd**<br>**Coral Gables, FL  33134** | | | **Garnishee in Lawsuit** | | X | | 1.00 |
| ACCOUNT NO. 7080059684928<br><br>**Wells Fargo Hm Mortgag**<br>**Po Box 10335**<br>**Des Moines, IA  50306** | X | J | **Mortgage Loan 11/05-11/11**<br>**Non-Homestead Prop.: 1045 SW 9th Ct, Unit P, Miami, FL 33130**<br>**Short-Sale 12/2010** | | | | 1.00 |
| ACCOUNT NO. 5915834048<br><br>**Wells Fargo Hm Mortgag**<br>**Po Box 10335**<br>**Des Moines, IA  50306** | | J | **Mortgage Loan 01/03**<br>**$0 Balance on Credit Report** | | X | | 1.00 |
| ACCOUNT NO. 5774421120753372<br><br>**Wf City Furn**<br>**Cscl Dispute Tm-mac N8235-04m**<br>**Des Moines, IA  50306** | | | **Revolving Credit Card 09/09**<br>**$0 Balance on Credit Report** | | X | | 1.00 |
| ACCOUNT NO. 4386-5403-1271-3739<br><br>**Wf/wb**<br>**Po Box 3117**<br>**Winston Salem, NC  27102** | | J | **Creditline 05/11**<br>**Inv. Prop.: 8000 SW 81 Dr, Apt 309, Miami, FL 33143**<br>**Owned by Trust**<br>**Acct Transferred to Wells Fargo #1998** | | X | | 1.00 |
| ACCOUNT NO. 5774421060304475<br><br>**Wffnb/mattress Giant**<br>**Po Box 94498**<br>**Las Vegas, NV  89193** | | | **Revolving Credit Card 05/11**<br>**$0 Balance on Credit Report** | | X | | 1.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __16__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $      6.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $  54,549,326.98

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Morera, Jorge _____    Case No. _____
<br>
                                    Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Morera, Jorge _____    Case No. _____

                Debtor(s)                                                       (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **1377 Group LLC**<br>**2030 S Douglas Rd, Ste 108**<br>**Coral Gables, FL 33134**<br><br>**Gemma Morera**<br>**1445 Palancia Ave**<br>**Miami, FL 33146** | **Us Acquisition, Llc**<br>**3109 Grand Ave Ste 222**<br>**Miami, FL 33133**<br><br>**Chase**<br>**9451 Corbin Avenue**<br>**Northridge, CA 91328**<br><br>**Wells Fargo Bank Nv Na**<br>**Po Box 31557**<br>**Billings, MT 59107**<br><br>**Wells Fargo Hm Mortgag**<br>**Po Box 10335**<br>**Des Moines, IA 50306**<br><br>**Gmac Mortgage**<br>**3451 Hammond Ave**<br>**Waterloo, IA 50704** |
| **Hialeah Pointe Llc**<br>**P.O. Box 960296**<br>**Miami, FL 33296**<br><br>**TOWN N' COUNTRY POINTE, LTD.**<br>**2030 S Douglas Rd, Ste 108**<br>**Coral Gables, FL 33134** | **Metro Bank Of Dade County**<br>**9350 S Dixie Hwy Ste 1120**<br>**Miami, FL 33156**<br><br>**Metro Bank Of Dade County**<br>**9350 S Dixie Hwy Ste 1120**<br>**Miami, FL 33156** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Morera, Jorge** _____  Case No. _____
               Debtor(s)                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son** | AGE(S):<br>**14**<br>**12** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Commerical Lender** | **General Manager** |
| Name of Employer | **Regions Starting Date Will Be In A Few Weeks** | **Empire Corporate Kit Of America** |
| How long employed | | **31 years** |
| Address of Employer | | **2444 NW 7th Pl** |
| | **Miami, FL** | **Miami, FL  33127** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | | $ _____ | $ **4,593.33** |
| 2. Estimated monthly overtime | | $ _____ | $ _____ |
| **3. SUBTOTAL** | | $ **0.00** | $ **4,593.33** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | | $ _____ | $ **1,014.11** |
| b. Insurance | | $ _____ | $ _____ |
| c. Union dues | | $ _____ | $ _____ |
| d. Other (specify)   **Pension Plan** | | $ _____ | $ **108.33** |
| | | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | | $ **0.00** | $ **1,122.44** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | | $ **0.00** | $ **3,470.89** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ _____ | $ _____ |
| 8. Income from real property | | $ **900.00** | $ _____ |
| 9. Interest and dividends | | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| 12. Pension or retirement income | | $ _____ | $ _____ |
| 13. Other monthly income (Specify) **Approximate Net Income From New Employment** | | $ **5,000.00** | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | | $ **5,900.00** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | | $ **5,900.00** | $ **3,470.89** |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$ **9,370.89**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor stated he has not received any income from employment or operation of a business since 11/2010.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Morera, Jorge** _____   Case No. _____
                             Debtor(s)                                             (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 500.00 |
|    a. Are real estate taxes included?   Yes ____   No ✓ | | |
|    b. Is property insurance included?   Yes ____   No ✓ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 600.00 |
|    b. Water and sewer | $ | 70.00 |
|    c. Telephone | $ | |
|    d. Other  **See Schedule Attached** | $ | 940.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 250.00 |
| 4. Food | $ | 1,500.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 200.00 |
| 7. Medical and dental expenses | $ | 240.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 125.00 |
| 10. Charitable contributions | $ | 125.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 417.00 |
|    b. Life | $ | 200.00 |
|    c. Health | $ | 520.00 |
|    d. Auto | $ | 105.00 |
|    e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) **Est. Property Taxes-Homestead** | $ | 1,041.00 |
|          **Est. Property Taxes-Trust Property** | $ | 100.00 |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | |
|    b. Other  **See Schedule Attached** | $ | 1,370.00 |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other  **See Schedule Attached** | $ | 880.00 |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ **9,933.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 9,370.89 |
|    b. Average monthly expenses from Line 18 above | $ | 9,933.00 |
|    c. Monthly net income (a. minus b.) | $ | -562.11 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Morera, Jorge</u>                                                                    Case No. _____
                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Utilities (DEBTOR)
| | |
|---|---:|
| **Investment Property Mortgage** | **100.00** |
| **Investment Prop HOA** | **270.00** |
| **Maintenance Of Invest. Prop.** | **100.00** |
| **Cell Phone** | **218.00** |
| **Cable TV** | **175.00** |
| **Alarm** | **27.00** |
| **Internet** | **50.00** |

Other Installment Payments (DEBTOR)
| | |
|---|---:|
| **2nd Mortgage-Homestead Property** | **500.00** |
| **HELOC-Trust Property** | **100.00** |
| **HOA-Trust Property** | **270.00** |
| **Projected Car Payment** | **500.00** |

Other Expenses (DEBTOR)
| | |
|---|---:|
| **Car Maintenance** | **150.00** |
| **Parking/Tolls** | **30.00** |
| **Personal Care** | **300.00** |
| **After School Activties** | **400.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Morera, Jorge**
_____       Case No. _____
Debtor(s)                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**32** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 30, 2011** _____       Signature: _**/s/ Jorge Morera**_____

Debtor

**Jorge Morera**

Date: _____       Signature: _____

(Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer            Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____       _____
Signature of Bankruptcy Petition Preparer                                           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____       Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of Florida

IN RE:                                                                    Case No. _____

Morera, Jorge _____      Chapter **7** _____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

## 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT      SOURCE

130,000.00   2010 Estimated Income from Operation of Businesses (Debtor stated his loss will be about -$300,000)

-155,894.00   2009 Joint Income Tax Return

0.00   2011 Debtor stated he has had no income from Employment or Operation of Business

---

## 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT      SOURCE

10,725.00   2011 Estimated Income from Unemployment Compensation YTD

---

## 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☐

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Bank Of America, N.a.<br>4161 Piedmont Pkwy<br>Greensboro, NC  27410 | 3-month period | 1,500.00 | 196,783.00 |
| Chase<br>9451 Corbin Avenue<br>Northridge, CA  91328 | 3-month period | 1,500.00 | 234,431.00 |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| NAFH National Bank Miami FL vs<br>Albert Arriso, Ralph Velocci and<br>Jorge Morera<br>Case No.10-7520-CA-25 | Demand for Judgment | Circuit Court, Miami-Dade<br>County, Florida | Final Summary<br>Judgment |
| Metro Bank of Dade Cty vs<br>Hialeah Pointe, LLC, Albert<br>Arisso, Ralph Velocci and Jorge<br>Morera<br>Case No.10-7519-CA-25 | Demand for Judgment | Circuit Court, Miami-Dade<br>County, Florida | Final Summary<br>Judgment |
| Velocci, Ralph vs Morera, Jorge<br>Case No.10-42071-CA-01 | Demand for Judgment | Circuit Court, Miami-Dade<br>County, Florida | Voluntary Dismissal<br>with Prejudice |
| US Acquisition (LLC) vs. 1377<br>Group, LLC et. al.<br>Case No. 09-037308 CA 01 | Garnishment | In the Circuit Court of the 11th<br>Judicial Circuit In and For<br>Miami-Dade County, Florida | Final Judgement<br>10/19/2011 |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| Nexgen Special Assets, Llc<br>C/O Jones, Walker, Et. Al.<br>601 Brickell Key Dr Ste 500<br>Miami, FL  33131 | 6/2011 | Charles Schwab Investment Acct No.8484 &<br>8483 |

**Debtor stated also 3 Wachovia accounts and 1 Bank of America account were garnished. Those accounts are now closed. Refer to SOFA 11**

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Us Acquisition, Llc**<br>**3109 Grand Ave Ste 222**<br>**Miami, FL  33133** | **3/2011** | **1637 NW 27th Ave, Miami, FL - in the name of 1377 Group LLC - Debtor was 30% owner.** |

**6. Assignments and receiverships**

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Timothy S Kingcade, Esq.**<br>**Kingcade & Garcia, PA**<br>**1370 Coral Way**<br>**Miami, FL  33145** | **5/5/11-11/29/11** | **2,975.00** |

**Attorneys Fees: $2,500**
**Court Filing Fees: $306**
**Office Costs: $44**
**Credit Report Costs: $75**
**Budget Briefing Costs: $50**

**10. Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Tech Auto Sales**<br>**None** | **10/30/2011** | **2010 Mini Cooper 2D Convertible**<br>**Value received: $21,150.00 - Money used to pay property taxes and household expenditures.** |
| **Wells Fargo Hm Mortgag**<br>**Po Box 10335**<br>**Des Moines, IA  50306**<br>**None** | **12/2010** | **Non-Homestead Prop.: 1045 SW 9th Ct, Unit P, Miami, FL 33130**<br>**No value received - Short Sale.** |
| **Ralph Velocci**<br>**2030 Douglas Rd Ste 108**<br>**Coral Gables, FL  33134** | **07/20/11** | **Debtor transferred all interest in the following business in accordance of the stipulation agreement signed in** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**partner**

order to settle lawsuit.
**1377 Group, LLC, Town N' Country
Pointe, LTD, Town N. Country Pointe,
LLC, Hialeah Pointe, LLC,
Cypress Pointe Inv., LLC, Tamiami
Ponte, LLC, Ponte Investment II, LLC,
 Pointe Investments Tampa, LLC,
Premier Realty
Advisors of FL, LLC, Minorca Pointe,
LLC, PT Group, LLC, Cypress Pointe
Tampa, LTD, Pointe Developers, Inc.,
Town N'; Country Pointe Inv. LLC,
Cypress Pointe, LLC, South River
Pointe, LLC, PRA Financials, LLC,
RAJ 118, LLC, Emerald Pointe
Tampa, LTD, Emerald Pointe Tampa,
LLC, Emerdal Pointe Tampa
Investments, LLC, A1 Construction
and Maintenance.**

---

None   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar
☑   device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise
☐   transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts,
      certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,
      brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
      petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank Of America, NA POB 25118 Tampa, FL  33622** | **Sav Acct No.X2145** | **$0 - 7/2011 Paid overdraft and closed.** |
| **Bank Of America, NA POB 25118 Tampa, FL  33622** | **Check. Acct No.X6226** | **$230.00 - 4/2011** |
| **Wells Fargo WF Business Direct PO Box 348750 Carol Stream, IL  60197-6426** | **Check. Acct No.X0034** | **$0 - 7/2011 - Closed Trust Account** |
| **Wells Fargo WF Business Direct PO Box 348750 Carol Stream, IL  60197-6426** | **Check. Acct No.X0021** | **$0 - 7/2011 - Closed Trust Account** |
| **Wachovia Bank PO Box 563966 Charlotte, NC  28256-3966** | **Sav. Acct No.X3995** | **$0 - 7/2011** |
| **Wachovia Bank PO Box 563966 Charlotte, NC  28256-3966** | **Check. Acct No.X1438** | **$18.31  -  7/2011** |
| **Wachovia Bank PO Box 563966 Charlotte, NC  28256-3966** | **Check. Acct No.X2548** | **$0 - 7/2011** |
| **Premier American Bk** | **Check. Acct No.X2701** | **$87 - 3/2011** |
| **WElls Fargo Bank, NA P.O. Box 6995 Portland, OR  97228-6995** | **Money Market Acct #1726** | **$10.00 Jan. 2011** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| 1377 Group LLC | 200983381 | 2030 S Douglas Rd, Ste 108 Coral Gables, FL 33134 | Real Estate - Debtor transferred his 30% interest in this corporation | 2/23/04-07/20/11 |
| TOWN N' COUNTRY POINTE, LTD. | 861136540 | 2030 S Douglas Rd, Ste 108 Coral Gables, FL 33134 | Condominium Project - Debtor transferred his 30% interest in this corporation | 4/27/05-7/20/11 |
| TOWN N' COUNTRY POINTE, LLC | 830427375 | 2030 S Douglas Rd, Ste 108 Coral Gables, FL 33134 | Condomium Project - Debtor transferred 30% interest in this corporation | 12/28/04-07/20/11 |
| Hialeah Pointe Llc | 260655963 | P.O. Box 960296 Miami, FL 33296 | Warehouse Condo Project Debtor transferred his 33% interest in this corporation | 08/13/2007-07/20/11 |
| AA2 Holdings, LLC | 920198613 | C/O Albert Arisso, R.A. 1825 Ponce De Leon Blvd., #424 Coral Gables, FL 33134 | Investments - Debtor transferred his 25% interest in 2011. | 9/6/2006-07/20/11 |
| 1637 Group, LLC | 200881900 | C/O Robert Smoley, R.A. 2665 S Bayshore Dr, #200 Miami, FL 33144 | Real Estate Investments - Debtor was 20% owner | 3/2/2004-9/15/2006 |
| JAAM Investments LLC | 680611009 | C/O Albert Arisso, RA 1825 Ponce De Leon Blvd, #424 Coral Gables, FL 33134 | Real Estate Investments -Debtor stated he transferred his 25% in 2011. | 7/12/2005-07/20/11 |
| Ryke Investments LLC | 841678221 | C/O Jorge Morera, RA 1445 Palancia Coral Gables, FL 33146 | Investments - Debtor transferred his 50% interest in this company | 4/29/2005-07/20/2011 |
| Cypress Pointe Inv. LLC | 260121043 | C/O Jorge Morera 2030 Douglas Rd, Ste 108 Coral Gables, FL 33134 | Real Estate Investments -Debtor transferred 20% interest in this corporation | 7/12/2005-7/20/2011 |
| Tamiami Ponte LLC | 113762994 | C/O Jorge Morera 2030 Douglas Rd, Ste 108 Coral Gables, FL 33134 | Real Estate Investments -Debtor transferred 15% interest in this corporation | 11/4/2005-7/20/2011 |
| Ponte Investments II, Llc | 208293052 | C/O Jorge Morera 2030 Douglas Rd., Ste 108 Coral Gables, FL 33134 | Investments - Debtor transferred his 20% interest in | 11/17/05-7/20/11 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | | |
|---|---|---|---|---|
| | | | this corporation | |
| Pointe Investments Tampa LLC | 134332402 | C/O Jorge Morera 2030 Douglas Rd., Ste 108 Coral Gables, FL 33134 | Real Estate Investments - Debtor transferred his 25% interest in this corporation | 11/18/05-7/20/11 |
| Premier Realty Advisors Of FL, LLC | 204393103 | C/O Jorge Morera 2030 Douglas Rd., Ste 108 Coral Gables, FL 33134 | Realty company - Debtor transferred his 15% interest in this corporation | 2/24/06-7/20/11 |
| Minorca Pointe LLC | 061790930 | C/O Jorge Morera 2030 Douglas Rd., Ste 108 Coral Gables, FL 33134 | Real Est Investments - Debtor transferred his 33% interest in this corporation | 6/7/06-7/20/11 |
| PT Group LLC | 260076108 | C/O Jorge Morera 2030 Douglas Rd., Ste 108 Coral Gables, FL 33134 | Real Estate Inv. - Debtor transferred his 20% interest in this corporation | 12/12/03-7/20/11 |
| Renaissance Ponte LLC | 450501591 | C/O Jorge Morera 2030 Douglas Rd., Ste 108 Coral Gables, FL 33134 | Real Est Inv. - Debtor was 18% owner | 2/14/2003-9/26/2008 |
| Cypress Pointe Tampa Ltd | 260121041 | C/O Jorge Morera 2030 Douglas Rd., Ste 108 Coral Gables, FL 33134 | Real Estate Holdings - Debtor transferred his 20% interest in this corporation | 7/14/05-7/20/11 |
| The Car Lot Inc. | None | C/O Jorge Morera 1637 NW 27 Ave Miami, FL 33125 | Used car sales - Debtor was a 33% owner | 3/5/07-9/26/08 |
| Pointe Developers Inc. | 841656801 | C/O Jorge Morera 2030 Douglas Rd., Ste 108 Coral Gables, FL 33134 | Real Est Development -Debtor transferred his 30% interest in this corporation | 8/18/04-7/20/11 |
| Pointe Investments LLC | 270126083 | C/O Jorge Morera 2030 Douglas Rd., Ste 108 Coral Gables, FL 33134 | Real Est. Inv. - Debtor was 20% owner | 3/30/05-9/23/11 |
| TOWN N' COUNTRY POINTE INV. LLC | 383723881 | C/O Jorge Morera 2030 S Douglas Rd, Ste 108 Coral Gables, FL 33134 | Real Est Inv - Debtor transferred his 10% interest in this corporation | 6/21/05-7/20/11 |
| Cypress Pointe, LLC | 260121041 | C/O Jorge Morera 2030 Douglas Rd, Ste 108 Coral Gables, FL 33134 | Real Est Inv - Debtor transferred his 20% interest in this corporation | 7/12/05-7/20/11 |
| South River Pointe LLC | 760806094 | C/O Jorge Morera 2030 Douglas Rd, Ste 108 Coral Gables, FL 33134 | Real Est Inv - Debtor transferred his 20% interest in this corporation | 11/17/05-7/20/11 |
| State Road 80 Investments LLC | None | C/O Jorge Morera 1637 NW 27th Ave, Ste 200 | Real Est Inv - Debtor was 20% | 4/7/06-9/14/07 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name | ID | Address | Description | Dates |
|---|---|---|---|---|
| | | Miami, FL  33125 | owner | |
| **Pointe Investments Tampa II, LLC** | **134332405** | **C/O Jorge Morera**<br>**2030 Douglas Rd., Ste 108**<br>**Coral Gables, FL  33134** | **Real Est Inv. - Debtor was 20% owner** | **4/7/08-9/23/11** |
| **PRA Financial LLC** | **753226623** | **C/O Jorge Morera**<br>**3020 Douglas Rd, Ste 108**<br>**Coral Gables, FL  33134** | **Finance Company - Debtor transferred his 20% interest in this corporation** | **12/5/06-7/20/11** |
| **Stone Creek Pointe Condom. Assoc. Inc.** | **N/A** | **C/O Steven Mezer, Esq., R.A.**<br>**1801 N Highland Ave**<br>**Tampa, FL 33601** | **Condo Assoc. - Debtor was just a director and resigned in 2011** | **8/25/05-present** |
| **RAJ 118, LLC** | **260121038** | **C/O Ralph Velocci**<br>**2699 W 79th St, Unit 1**<br>**Hialeah, FL  33016** | **Warehouse Condominiums - Debtor transferred his 33% interest in this corporation** | **7/15/05-7/20/11** |
| **Palmera Pointe Condominium Assoc. Inc.** | **030578186** | **C/O DLG Management Svcs**<br>**307 South Willow Ave, Ste 100**<br>**Tampa, FL  33606** | **Condo association - Debtor resigned as director in 2011** | **8/25/05-present** |
| **Hialeah Pointe Condominium Assoc. Inc.** | **262414791** | **C/O Ralph Velocci**<br>**2699 W 79th St, Unit 1**<br>**Hialeah, FL  33016** | **Condo Assoc - Debtor resigned as director in 2011** | **2/21/2006-present** |
| **Emeral Pointe Tampa LTD** | **412197450** | **C/O Ralph Velocci**<br>**2699 W 79 St, Unit 1**<br>**Hialeah, FL  33016** | **Real Estate Inv. - Debtor transferred his 20% interest in this corporation** | **2/22/06-7/20/11** |
| **Emerald Pointe Tampa Investments LLC** | **Applied for** | **C/O Ralph Velocci**<br>**2699 W 79 St, Unit 1**<br>**Hialeah, FL  33016** | **Real Estate Inv - Debtor transferred his 20% interest in this corporation** | **4/7/06-7/20/11** |
| **Bay Pointe Colony Condo Assoc Inc** | **260516673** | **C/O Ralph Velocci**<br>**2699 W 79th St, Unit 1**<br>**Hialeah, FL  33016** | **Condo Assoc - Debtor resigned as director in 2011** | **2/6/07-present** |
| **A1 Construction And Maintenance Inc.** | **261102862** | **C/O Ralph Velocci**<br>**2699 W 79th St, Unit 1**<br>**Hialeah, FL  33016** | **Construction and maintenance - Debtor transferred his 33% interest in this corporation** | **4/13/07-7/20/11** |
| **Emerald Pointe Tampa, LLC** | | **C/O Ralph Velocci**<br>**2699 W 79 St, Unit 1**<br>**Hialeah, FL  33016** | **Real Estate Inv - Debtor transferred his 20% interest in this corporation** | **4/7/06-7/20/11** |

<sup>None</sup> b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☐

NAME                                                          ADDRESS
**1377 Group LLC**                                   **2030 S Douglas Rd, Ste 108**
                                                               **Coral Gables, FL  33134**

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None
☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None
☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None
☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None
☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None
☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None
☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None
☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **November 30, 2011**            Signature  ***/s/ Jorge Morera***
                                       of Debtor                                          **Jorge Morera**

Date: _____          Signature _____
                                       of Joint Debtor
                                       (if any)

                              _____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
## Southern District of Florida

**IN RE:**                                                    Case No. _____

**Morera, Jorge**                                             Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 |
|---|

| **Creditor's Name:**<br>**Bank Of America, N.a.** | **Describe Property Securing Debt:**<br>**Address: 1445 PALANCIA AVE, CORAL GABLES, FL 33146-1** |
|---|---|

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) |
|---|

| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**Address: 1445 PALANCIA AVE, CORAL GABLES, FL 33146-1** |
|---|---|

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**November 30, 2011**_____     */s/ Jorge Morera*
_____
Signature of Debtor

_____
Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Bank Nv Na** | **Describe Property Securing Debt:**<br>**Morera Joint Living Trust** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet __**1**__ of __**1**__

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                        Case No. _____

**Morera, Jorge**  _____    Chapter **7** _____
                                   Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **November 30, 2011** _____    Signature: ***/s/ Jorge Morera***_____
                                              **Jorge Morera**                                   Debtor

Date: _____    Signature: _____
                                                                               Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
1377 Group, Llc
2030 Douglas Rd Ste 108
Coral Gables, FL  33134


A Squared Investments, Llc
1825 Ponce De Leon Ste 424
Coral Gables, FL  33134


AA2 Holdings, Llc
1825 Ponce De Leon Bldv Ste 424
Coral Gables, FL  33134


Abn Amro Mortgage Grou
Po Box 9438
Gaithersburg, MD  20898


Albert Arisso
2030 Douglas Rd Ste 108
Coral Gables, FL  33134


Albert Arisso
1650 Coral Way Ste 300
Coral Gables, FL  33145


Albert Arisso
553 La Fitte Rd
Little Torch Key, FL  33042


Albert Arisso, Ralph Velocci, Et. Al.
C/O Meland Russia Budwick
200 S Biscayne Blvd
Miami, FL  33131
```

American Express
Special Research
PO Box 981540
El Paso, TX  79998-1540


Americas Servicing Co
POBox 10388
Des Moines, IA  50306


Amex
Po Box 297871
Fort Lauderdale, FL  33329


Amex Dsnb
9111 Duke Blvd
Mason, OH  45040


Aylsworth & Aylsworth Llp
3109 Grand Ave Ste 222
Miami, FL  33133


Bank Of America
Po Box 17054
Wilmington, DE  19850


Bank Of America
PO Box 15026
Wilmington, DE  19850-5026


Bank Of America, N.a.
4161 Piedmont Pkwy
Greensboro, NC  27410


Bank Of America, N.a.
2308 Ponce De Leon Blvd
Coral Gables, FL  33134

Bank One
Po Box 15298
Wilmington, DE  19850


Bnkunted Fsb
7815 Nw 148th St
Miami Lakes, FL  33016


Branch Bank And Trust Co
1200 S Pine Island Rd
Plantation, FL  33324


Cap One
Pob 30281
Salt Lake City, UT  84130


Charles Schwab & Co, Inc
C/O Ct Corp System
1200 S Pine Island Rd
Plantation, FL  33324


Chase
9451 Corbin Avenue
Northridge, CA  91328


Chase
Po Box 15298
Wilmington, DE  19850


Chase
PO Box 15153
Wilmington, DE  19886-5153


Chase Bank Usa, Na
Po Box 15298
Wilmington, DE  19850

Chase Manhattan Mtge
3415 Vision Dr
Columbus, OH  43219


Chase/cc
201 N. Walnut St//de1-1027
Wilmington, DE  19801


Chevron
Pob 5010
Concord, CA  94524


Child Support Enforcement
PO Box 8030
Tallahassee, FL  32314-8030


Citi
Po Box 6241
Sioux Falls, SD  57117


Citi Ctb
Po Box 22066
Tempe, AZ  85285


Citibank N.A.
396 Alhambra Cir
Coral Gables, FL  33134


Citibank Sd, Na
Attn: Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO  64195-0507


Credit Suisse Ag
2525 Ponce De Leon Blvd Ste 1225
Coral Gables, FL  33134

Department Of The Treasury
PO Box 21126
Philadelphia, PA   19114-0326


Dsnb Macys
9111 Duke Blvd
Mason, OH   45040


Ehrenstein Charbonneau Calderin
501 Brickell Key Dr Ste 300
Miami, FL   33131


Equifax
PO Box 740241
Atlanta, GA   30374-0241


Everhome Mortgage Co
4500 Salisbury Rd
Jacksonville, FL   32216


Experian
PO Box 2002
Allen, TX   75013-2002


Expo/cbna
Po Box 6497
Sioux Falls, SD   57117


First Bank Of Puerto Rico
701 Waterford Way, Building 1, #800
Miami, FL   33126


Florida Department Of Revenue
PO Box 6668
Tallahassee, FL   32314-6668

Gecrb/baers Furniture
Po Box 981439
El Paso, TX  79998


Gecrb/brandsmart
Po Box 965036
Orlando, FL  32896


Gecrb/city Furniture
Po Box 981439
El Paso, TX  79998


Gecrb/ikea
Po Box 965005
Orlando, FL  32896


Gmac Mortgage
3451 Hammond Ave
Waterloo, IA  50704


GMAC Mortgage
P.O. Box 4622
Waterloo, IA  50704-4622


Hialeah Pointe Llc
P.O. Box 960296
Miami, FL  33296


Hsbc Bank Usa, N.A.
2199 Ponce De Leon Blvd Ste 100
Coral Gables, FL  33134


Hsbc/bsbuy
Po Box 5253
Carol Stream, IL  60197

Hsbc/rs
90 Christiana Rd
New Castle, DE  19720


Hsbc/saks
Po Box 10327
Jackson, MS  39289


Interamerican Bank, A Fsb
9190 Coral Way
Miami, FL  33165


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326


JPMorgan Chase - Legal Dept
80 Sw 8th St Ste 100
Miami, FL  33130


Kay Jewelers
375 Ghent Rd
Fairlawn, OH  44333


Kay Jewelers
375 Ghent Rd
Akron, OH  44333


Liverpool Investments Llc
7385 Galloway Rd Ste 200
Miami, FL  33173


Mas Capital Lending
Attn: Juan Carlos Mas
3750 NW 87 Ave, #400
Miami, FL  33178

Metro Bank Of Dade County
9350 S Dixie Hwy Ste 1120
Miami, FL   33156


Monty's Holdings, Inc
2550 S Bayshore Dr
Miami, FL   33133


Morgan Stanley Smith Barney Llc
C/O Ct Corp System
1200 S Pine Island Rd
Plantation, FL   33324


Nexgen Special Assets, Llc
C/O Jones, Walker, Et. Al.
601 Brickell Key Dr Ste 500
Miami, FL   33131


Paul Davis Restoration Of Greater Miami
C/O Vanessa Velocci
2699 W 79th St Bay 1
Hialeah, FL   33016


Premier American Bank
5301 Blue Lagoon Drive, #190
Miami, FL   33126


Quest Diagnostics
P.O. Box 740781
Cincinnati, OH   45274-0781


Ralph Velocci
2030 Douglas Rd Ste 108
Coral Gables, FL   33134

Ralph Velocci
349 Centre Island
Golden Beach, FL  33160


Ramon Mijares & Luisa Mijares
3309 NE 169th St.
North Miami Beach, FL  33160


Rav-Enviro Consultants Inc
C/O Ralph Velocci
2699 W 79th St Ste 1
Hialeah, FL  33016


Richard Morgan & Carl Williams Et. Al.
100 Se 2nd St 34th Fl
Miami, FL  33131-2158


Rmi Llc
C/O Stephen J. Kneapler
2550 S Bayshore Dr
Miami, FL  33133


Robert P. Frankel & Associates, P.A.
25 W Flagler St
Miami, FL  33130


Ryke Investments, Llc
C/O Jorge Morera
1445 Palancia Ave
Coral Gables, FL  33146


Sabadell United Bank Na
2109 Ponce De Leon Blvd
Coral Gables, FL  33134

Sanders Morris Harris Inc
C/O Ct Corp System
1200 S Pine Island Rd
Plantation, FL  33324


Seacoast Banking Corp Of Florida
C/O Dennis S. Hudson III
815 Colorado Ave
Stuart, FL  34994


South River Pointe, Llc
2030 Douglas Rd Ste 108
Coral Gables, FL  33134


Space Coast Credit Union
2333 Salzedo St
Coral Gables, FL  33134


Suntrust Bank
777 Brickell Ave
Miami, FL  33131


Tabas Freedman Soloff Miller & Brown
14 Ne First Ave, Penthouse
Miami, FL  33132


Td Ameritrade Inc
255 Alhambra Cir Ste 120
Coral Gables, FL  33134


Tidal Wave Investment Corp
C/O Harry K. Bender
2625 Ponce De Leon Blvd Ste 245
Coral Gables, FL  33134

Total Bank
2828 Coral Way Ste 530
Miami, FL   33145


Transunion
PO Box 1000
Chester, PA   19022-2001


Ubs Financial Services
100 Se 2nd St Ste 2400
Miami, FL   33131


Unvl/citi
Po Box 6241
Sioux Falls, SD   57117


Us Acquisition, Llc
3109 Grand Ave Ste 222
Miami, FL   33133


Waste Management Inc Of Florida
C/O Ct Corp System
1200 S Pine Island Rd
Plantation, FL   33324


Wells Fargo Bank
2555 Ponce De Leon Blvd
Coral Gables, FL   33134


Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT   59107


Wells Fargo Hm Mortgag
Po Box 10335
Des Moines, IA   50306

```
Wf City Furn
Cscl Dispute Tm-mac N8235-04m
Des Moines, IA  50306


Wf/wb
Po Box 3117
Winston Salem, NC  27102


Wffnb/mattress Giant
Po Box 94498
Las Vegas, NV  89193
```