**UNITED STATES BANKRUPTCY COURT**
SOUTHERN **DISTRICT OF** FLORIDA
DADE CTY. (MIAMI) **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MORERA, JORGE | § | Case No. 11-43051 RAM |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/30/2011 . The undersigned trustee was appointed on 11/30/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 327,665.36 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 80,520.78 |
| Bank service fees | | 9,029.42 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 238,115.16 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/28/2013 and the deadline for filing governmental claims was 02/28/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 19,633.27 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 19,633.27 , for a total compensation of $ 19,633.27 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 873.21 , for total expenses of $ 873.21 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/10/2015          By:/s/MARCIA T. DUNN, TRUSTEE
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case 11-43051-RAM    Doc 161    Filed 11/19/15    Page 3 of 18

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1
Exhibit A

| Case No: | 11-43051 | RAM | Judge: ROBERT A. MARK | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MORERA, JORGE | | | Date Filed (f) or Converted (c): | 11/30/11 (f) |
| | | | | 341(a) Meeting Date: | 01/11/12 |
| For Period Ending: | 11/10/15 | | | Claims Bar Date: | 02/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Address: 1445 PALANCIA AVE, CORAL GABLES, FL 33146 | 755,287.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 2/5/15, ECF 143 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 2. Address: 5109 Arbor Pointe Cir, Apt 117, Tampa, FL | 39,370.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 1/17/14, ECF 129 | | | | | |
| 3. Address: 5109 Arbor Pointe Cir, Apt 122, Tampa, FL | 27,788.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 1/17/14, ECF 129 | | | | | |
| 4. Cash on Hand | 100.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 6/5/15, ECF 148 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 5. Charles Schwab Investment Acct #8483 Jointly Owned | 3,307.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 6/5/15, ECF 148 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 6. Charles Schwab Investment Acct #8484 Debtor is cus | 830.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 6/5/15, ECF 148 | | | | | |
| 7. Continental Checking Acct #7275 Acct opened 11/25/ | 250.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 6/5/15, ECF 148 | | | | | |
| 8. Prepaid college account for: Ryan Morera - BLT | 0.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 6/5/15, ECF 148 | | | | | |
| 9. Prepaid college account for: Kevin Morera - BLT | 0.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 6/5/15, ECF 148 | | | | | |
| 10. Misc. Household Goods Based on Inventory List Join | 1,124.50 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 6/5/15, ECF 148 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 11. Misc. Clothing | 100.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 6/5/15, ECF 148 | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 11-43051 | RAM | Judge: ROBERT A. MARK | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MORERA, JORGE | | | Date Filed (f) or Converted (c): | 11/30/11 (f) |
| | | | | 341(a) Meeting Date: | 01/11/12 |
| | | | | Claims Bar Date: | 02/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. Misc. Jewelry Based on Inventory List | 60.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 6/5/15, ECF 148 | | | | | |
| 13. Term Life Insurance Co. John Hancok No Cash Surren | 0.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 6/5/15, ECF 148 | | | | | |
| 14. Term Life Insurance Co. John Hancock No Cash Surre | 0.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 6/5/15, ECF 148 | | | | | |
| 15. Charles Schwab - IRA | 386.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 6/5/15, ECF 148 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 16. IRA - Principal | 325,679.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 6/5/15, ECF 148 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 17. Business: 50%-Ryke Investments LLC Business presen | 0.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 22. | | | | | |
| 18. Morera Joint Living Trust Jointly Owned With Non-F | 72,968.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 22 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 19. Debtor stated he presently does not own any vehicl | 0.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 6/5/15, ECF 148 | | | | | |
| 20. 1 dog | 10.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment, 6/5/15, ECF 148 | | | | | |
| 21. 118 S OBrien Street, Unit 118, Tampa, FL 33609 (u) | 158,185.00 | 0.00 | OA | 0.00 | FA |
| Investment Property: Condo Unit; Property in Foreclosure | | | | | |
| Amended Schedules, 2/29/12, CP# 34 | | | | | |
| Trustee's Notice of Abandonment, 2/5/15, ECF 143 | | | | | |
| 22. ADV. CASE NO. 12-01848-RAM DUNN V. MORERA ET AL (u) | 0.00 | 312,500.00 | | 312,500.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit A

| Case No: | 11-43051 | RAM | Judge: ROBERT A. MARK | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MORERA, JORGE | | | Date Filed (f) or Converted (c): | 11/30/11 (f) |
| | | | | 341(a) Meeting Date: | 01/11/12 |
| | | | | Claims Bar Date: | 02/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. ADV. CASE NO. 13-01811-RAM DUNN V. VELOCCI ET AL (u) | 0.00 | 15,000.00 | | 15,165.36 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,385,444.50 | $327,500.00 | | $327,665.36 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December 19, 2011  Brett Amron to represent the trustee; trustee to determine whether there are non exempt assets available for the benefit of creditors.

January 23, 2012 Attorney for trustee is conducting discovery.

February 28, 2012 Trustee's counsel has made demand on debtor for turnover of post petition rents for real property located at 118 O'Brien Street South, Unit 118, Tampa, Fl.  33602 (property was unscheduled).

February 29, 2012 Trustee's counsel has set 2004 examination of debtor for April 4, 2012.  Trustee's counsel investigating potential transfers made by debtor to his ex-partner.

March 07, 2012 David Cimo has been employed as special counsel to the estate.

March 20, 2012  Trustee's Notice of Taking Rule 2004 Examination Duces Tecum of Records Custodian at Wells Fargo Bank, N.A. on March 28, 2012 .

April 04, 2012 Trustee's Notice of Taking Rule 2004 Examination Duces Tecum of Jorge Morera on May 1, 2012.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-43051    RAM    Judge: ROBERT A. MARK | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Case Name: | MORERA, JORGE | Date Filed (f) or Converted (c): | 11/30/11 (f) |
| | | 341(a) Meeting Date: | 01/11/12 |
| | | Claims Bar Date: | 02/28/13 |

July 25, 2012 Discovery and other legal work are on-going. Demand has been made on debtor with regard to certain fraudulent transfers pertaining to his homestead. Trustee investigating transfers made to debtor's business partner, Ralph Velocci.

August 07, 2012 Trustee to file a complaint against the Debtor, his wife and his trust seeking to avoid and recover fraudulent transfers, objecting to claims of exemptions and to impose an equitable lien on the debtor's homestead.

August 14, 2012 Trustee filed Complaint to Avoid and Recover Fraudulent Transfers, Objecting to Claims of Exemptions and to Impose an Equitable Lien against defendants, JORGE MORERA, individually and as Co-Trustee of the Morera Living Trust, GEMMA MORERA, individually and as Co-Trustee of the Morera Living Trust, and the MORERA LIVING TRUST.

October 04, 2012 Defendants filed Answer to the Complaint and Defendants' Motion for Judgment on the Pleadings.

October 29, 2012 Mediation is being scheduled in adversary proceeding for late November 2012.

November 09, 2012 Mediation has been set for November 27, 2012.

November 29, 2012 Mediation was held; case did not settle. Negotiations are on-going.

February 22, 2013 Negotiations are on-going with debtor.

April 19, 2013 Trustee to hire Jason Welt, realtor, with Trustee Realty, Inc. to sell the debtor's home, per agreement with the debtor, to reach settlement with the estate.

June 10, 2013 Settlement negotiations are on-going with debtor regarding split of proceeds from sale of homestead.

June 25, 2013 Order has been entered Granting Trustee's Ex Parte Motion to Shorten Notice Period for Hearing on Settlement Motion (with Debtor, Gemma Morera and the Morera Living Trust) to Seven Days and to Set a Hearing. Hearing has been set for June 27, 2013.

July 03, 2013 Order has been entered granting Chapter 7 Trustee's Expedited Motion to Approve Settlement with the

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5
Exhibit A

| | | |
|---|---|---|
| Case No: 11-43051  RAM  Judge: ROBERT A. MARK | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Case Name: MORERA, JORGE | Date Filed (f) or Converted (c): | 11/30/11 (f) |
| | 341(a) Meeting Date: | 01/11/12 |
| | Claims Bar Date: | 02/28/13 |

Debtor, Gemma Morera and Morera Living Trust.

July 29, 2013 Trustee to review claims.

August 26, 2013 Attorney for trustee filed interim fee application; hearing on application has been set for October 1, 2013.

October 10, 2013 Interim fees were awarded to trustee's attorney.  Debtor continues to make payments to the estate.

November 04, 2013 Trustee is filing complaint against Ralph Velocci and his entities.

December 27, 2013 Adversary case 13-01811; Complaint filed by Marcia T. Dunn against Ralph Velocci, Liverpool Investments, LLC, Liverpool Investments, Ltd., North West Star, LLC., seeking Recovery of money/property - 548 fraudulent transfer.

January 15, 2014 Trustee to retain Maggie Smith as forensic expert.

February 05, 2014  Trustee filed Response to Velocci's Motion to Dismiss.

April 21, 2014 Legal work is on-going.  Trustee's counsel has filed a First Amended Complaint and served preliminary discovery.  Maggie Smith is performing forensic work.  Discovery efforts are on-going.

July 01, 2014 Order was entered in trustee's adversary proceeding against Ralph Velocci et al (13-01811) in part and granting in party the defendants' motion to dismiss in the Dunn v. Velocci adversary proceeding.  Judge Mark ruled that only Liverpool Investments, LTD and not Ralph Velocci or his other entities were transferees under the settlement agreement.

July 07, 2014 Trustee filed, in adversary proceeding, Plaintiff's Motion for Rule 54(b) Certification of the Court's June 20, 2014 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss and Setting Pre Trial Conferece, and For Extension of Time to File Notice of Appeal.

July 17, 2014 Parties have agreed to a continuance of the response deadlines and pretrial and will attempt to resolve

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 6
Exhibit A

| | |
|---|---|
| Case No: 11-43051 RAM Judge: ROBERT A. MARK | Trustee Name: MARCIA T. DUNN, TRUSTEE |
| Case Name: MORERA, JORGE | Date Filed (f) or Converted (c): 11/30/11 (f) |
| | 341(a) Meeting Date: 01/11/12 |
| | Claims Bar Date: 02/28/13 |

issues in the interim.

October 01, 2014 Litigation and negotiations are on going in adversary proceeding.

November 11, 2014 Legal and forensic work are on-going.

November 17, 2014 Litigation with Velocci has been settled for $15,000.00 payable over eight months; settlement documents are being drafted.

December 23, 2014  Motion to Compromise Controversy with (1) Ralph Velocci; (2) Liverpool Investments, LLC; (3) Liverpool Investments, Ltd. and (4) North West Star, LLC [Negative Notice] Filed by Trustee Marcia T Dunn.

January 20, 2015  Order Granting Motion Approving Stipulation for Compromise of Controversy with (1) Ralph Velocci; (2) Liverpool Investments, LLC; (3) Liverpool Investments, Ltd. and (4) North West Star, LLC.

February 09, 2015 Trustee filed objection to claim.

May 01, 2015 Estate tax return being prepared.

May 14, 2015 Estate tax returns have been prepared, executed and filed.

August 05, 2015 All funds have been collected. Trustee requested final fee applicaiton from professionals.

September 08, 2015 Estate tax return has been accepted as filed by IRS.

October 02, 2015 Awaiting final fee application from accountant; TFR to be filed thereafter.

October 07, 2015 Estate tax return for 2015 has been prepared, executed and filed.

October 13, 2015 Accountant for estate has filed final fee application.  Hearing on final fee application of attorney David Cimo set for October 29, 2015.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 7
Exhibit A

| | | |
|---|---|---|
| Case No: | 11-43051    RAM    Judge: ROBERT A. MARK | Trustee Name:   MARCIA T. DUNN, TRUSTEE |
| Case Name: | MORERA, JORGE | Date Filed (f) or Converted (c):   11/30/11 (f) |
| | | 341(a) Meeting Date:   01/11/12 |
| | | Claims Bar Date:   02/28/13 |

Initial Projected Date of Final Report (TFR): 01/30/14     Current Projected Date of Final Report (TFR): 11/30/15

/s/    MARCIA T. DUNN, TRUSTEE
_____ Date: 11/10/15
     MARCIA T. DUNN, TRUSTEE

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 11-43051 -RAM | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|
| Case Name: | MORERA, JORGE | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5317 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6473 | | |
| For Period Ending: | 11/10/15 | Blanket Bond (per case limit): | $ 135,654,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/13 | 22 | BAST AMRON LLP | ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY, the Debtor, Gemma Morera, and Morera Living Trust, 6/28/13, ECF 116 | 1249-000 | 312,500.00 | | 312,500.00 |
| 08/08/13 | 010001 | Rice, Pugatch, Robinson, & Schiller, P.A. 101 NE 3rd Avenue, Suite 1800 Fort Lauderdale, FL 33301 | ORDER GRANTING TRUSTEE'S EX PARTE MOTION TO AUTHORIZE PAYMENT TO MEDIATOR, 8/7/13, ECF 120 | 3721-000 | | 2,250.00 | 310,250.00 |
| 08/23/13 | 010002 | Stampler Auctions 1914 Tigertail Blvd Dania, FL 33004 | ORDER GRANTING TRUSTEE'S AMENDED EX PARTE MOTION TO EMPLOY AND PAY APPRAISER, 3/14/12, ECF 49 INVOICE 120314-2341 DATED MARCH 2, 2012 | 3711-000 | | 500.00 | 309,750.00 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 309,735.00 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 462.31 | 309,272.69 |
| 10/07/13 | 010003 | Bast Amron LLP | ORDER GRANTING THE FIRST INTERIM APPLICATIONS FOR COMPENSATION, 10/4/13, ECF 126 | 3210-000 | | 72,427.60 | 236,845.09 |
| 10/07/13 | 010004 | Bast Amron LLP | ORDER GRANTING THE FIRST INTERIM APPLICATIONS FOR COMPENSATION, 10/4/13, ECF 126 | 3220-000 | | 5,343.18 | 231,501.91 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 445.45 | 231,056.46 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 373.76 | 230,682.70 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 332.23 | 230,350.47 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 342.77 | 230,007.70 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 342.29 | 229,665.41 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 308.71 | 229,356.70 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 341.25 | 229,015.45 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 329.80 | 228,685.65 |
| | | | Page Subtotals | | 312,500.00 | 83,814.35 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 11-43051 -RAM | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|
| Case Name: | MORERA, JORGE | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5317  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6473 | | |
| For Period Ending: | 11/10/15 | Blanket Bond (per case limit): | $ 135,654,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 340.31 | 228,345.34 |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 328.83 | 228,016.51 |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 339.28 | 227,677.23 |
| 09/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 338.79 | 227,338.44 |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 327.38 | 227,011.06 |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 337.81 | 226,673.25 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 326.42 | 226,346.83 |
| 01/19/15 | | RALPH VELOCCI 349 CENTER ISLAND GOLDEN BEACH, FL 33160 | AMENDED ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY, 09/01/15, ECF 152 | | 1,895.67 | | 228,242.50 |
| | 23 | ASSET 23 | Memo Amount:  1,875.67 | 1241-000 | | | |
| | 23 | BANK FEES | Memo Amount:  20.00 | 1241-000 | | | |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 336.81 | 227,905.69 |
| 02/05/15 | | RALPH VELOCCI 349 CENTER ISLAND GOLDEN BEACH, FL 33160 | AMENDED ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY, 09/01/15, ECF 152 | | 1,895.67 | | 229,801.36 |
| | 23 | ASSET 23 | Memo Amount:  1,875.67 | 1241-000 | | | |
| | 23 | BANK FEES | Memo Amount:  20.00 | 1241-000 | | | |
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 337.41 | 229,463.95 |
| 03/04/15 | | RALPH VELOCCI 349 CENTER ISLAND GOLDEN BEACH, FL 33160 | AMENDED ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY, 09/01/15, ECF 152 | | 1,895.67 | | 231,359.62 |
| | 23 | ASSET 23 | Memo Amount:  1,875.67 | 1241-000 | | | |
| | 23 | BANK FEES | Memo Amount:  20.00 | 1241-000 | | | |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 307.98 | 231,051.64 |
| 04/06/15 | | RALPH VELOCCI 349 CENTER ISLAND GOLDEN BEACH, FL 33160 | AMENDED ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY, 09/01/15, ECF 152 | | 1,895.67 | | 232,947.31 |
| | 23 | ASSET 23 | Memo Amount:  1,875.67 | 1241-000 | | | |

Page Subtotals    7,582.68    3,321.02

Page: 3

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-43051 -RAM | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|
| Case Name: | MORERA, JORGE | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5317 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6473 | | |
| For Period Ending: | 11/10/15 | Blanket Bond (per case limit): | $ 135,654,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 23 | BANK FEES | Memo Amount:  20.00 | 1241-000 | | | |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 343.40 | 232,603.91 |
| 05/06/15 | | RALPH VELOCCI  349 CENTER ISLAND  GOLDEN BEACH, FL 33160 | AMENDED ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY, 09/01/15, ECF 152 | | 1,895.67 | | 234,499.58 |
| | 23 | ASSET 23 | Memo Amount:  1,875.67 | 1241-000 | | | |
| | 23 | BANK FEES | Memo Amount:  20.00 | 1241-000 | | | |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 334.45 | 234,165.13 |
| 06/05/15 | | RALPH VELOCCI  349 CENTER ISLAND  GOLDEN BEACH, FL 33160 | AMENDED ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY, 09/01/15, ECF 152 | | 1,895.67 | | 236,060.80 |
| | 23 | ASSET 23 | Memo Amount:  1,875.67 | 1241-000 | | | |
| | 23 | BANK FEES | Memo Amount:  20.00 | 1241-000 | | | |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 347.89 | 235,712.91 |
| 07/10/15 | | RALPH VELOCCI  349 CENTER ISLAND  GOLDEN BEACH, FL 33160 | AMENDED ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY, 09/01/15, ECF 152 | | 1,895.67 | | 237,608.58 |
| | 23 | ASSET 23 | Memo Amount:  1,875.67 | 1241-000 | | | |
| | 23 | BANK FEES | Memo Amount:  20.00 | 1241-000 | | | |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 338.80 | 237,269.78 |
| 08/05/15 | | RALPH VELOCCI  349 CENTER ISLAND  GOLDEN BEACH, FL 33160 | AMENDED ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY, 09/01/15, ECF 152 | | 1,895.67 | | 239,165.45 |
| | 23 | ASSET 23 | Memo Amount:  1,875.67 | 1241-000 | | | |
| | 23 | BANK FEES | Memo Amount:  20.00 | 1241-000 | | | |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 351.99 | 238,813.46 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 354.90 | 238,458.56 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 343.40 | 238,115.16 |

Page Subtotals        7,582.68        2,414.83

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 11-43051 -RAM | | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MORERA, JORGE | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5317  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6473 | | | |
| For Period Ending: | 11/10/15 | | Blanket Bond (per case limit): | $ 135,654,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 15,165.36 | COLUMN TOTALS | 327,665.36 | 89,550.20 | 238,115.16 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 327,665.36 | 89,550.20 | |
| Memo Allocation Net: | 15,165.36 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 327,665.36 | 89,550.20 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 15,165.36 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******5317 | 327,665.36 | 89,550.20 | 238,115.16 |
| | | | ------------------- | ------------------- | ------------------- |
| Total Memo Allocation Net: | 15,165.36 | | 327,665.36 | 89,550.20 | 238,115.16 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: November 10, 2015 |
|---|---|---|---|---|---|

Case Number: 11-43051  
Debtor Name: MORERA, JORGE  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10<br>001<br>3220-00 | BAST AMRON, LLP<br>SunTrust International Center<br>One Southeast Third Avenue, Suite 1440<br>Miami, Florida 33131 | Administrative | | $6,683.86 | $5,343.18 | $1,340.68 |
| 11<br>001<br>3210-00 | DAVID C. CIMO, ESQ.<br>GENOVESE JOBLOVE & BATTISTA, P.A.<br>BANK OF AMERICA TOWER<br>100 SE 2ND ST #4400<br>MIAMI, FLORIDA 33131 | Administrative | | $45,487.13 | $0.00 | $45,487.13 |
| 12<br>001<br>3220-00 | DAVID C. CIMO, ESQ.<br>GENOVESE JOBLOVE & BATTISTA, P.A.<br>BANK OF AMERICA TOWER<br>100 SE 2ND ST #4400<br>MIAMI, FLORIDA 33131 | Administrative | | $2,937.01 | $0.00 | $2,937.01 |
| 13<br>001<br>3410-00 | CPA MARGARET J. SMITH<br>GLASSRATNER ADVISORY & CAPITAL GROUP<br>1101 BRICKELL AVENUE, SUITE S-503<br>MIAMI, FLORIDA 33131 | Administrative | | $13,910.00 | $0.00 | $13,910.00 |
| 14<br>001<br>3420-00 | CPA MARGARET J. SMITH<br>GLASSRATNER ADVISORY & CAPITAL GROUP<br>1101 BRICKELL AVENUE, SUITE S-503<br>MIAMI, FLORIDA 33131 | Administrative | | $17.90 | $0.00 | $17.90 |
| 9<br>001<br>3210-00 | BAST AMRON, LLP<br>SunTrust International Center<br>One Southeast Third Avenue, Suite 1440<br>Miami, Florida 33131 | Administrative | | $99,731.50 | $72,427.60 | $27,303.90 |
| 000001<br>070<br>7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | Filed 12/18/12 | $65,269.42 | $0.00 | $65,269.42 |
| 000002<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | Filed 01/15/13 | $12,541.29 | $0.00 | $12,541.29 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: November 10, 2015 |

Case Number: 11-43051  
Debtor Name: MORERA, JORGE  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000003 070 7100-00 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | Filed 02/06/13 | $443.46 | $0.00 | $443.46 |
| 000004 070 7100-00 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | Filed 02/17/13 | $680.50 | $0.00 | $680.50 |
| 000005 070 7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | Filed 02/21/13 | $1,259.05 | $0.00 | $1,259.05 |
| 000006 070 7100-00 | Capital Bank, N.A.<br>c/o Sapurstein & Bloch, P.A.<br>9700 South Dixie Highway<br>Suite 1000<br>Miami, FL 33156 | Unsecured | Filed 02/22/13 | $6,134,173.08 | $0.00 | $6,134,173.08 |
| 000007 070 7100-00 | NEXGEN SPECIAL ASSETS, LLC<br>c/o Jones Walker LLP<br>201 S. Biscayne Blvd., Suite 2600<br>Miami, FL 33131 | Unsecured | Filed 02/27/13 | $1,268,218.03 | $0.00 | $1,268,218.03 |
| 000008 070 7100-00 | Luis C. Palau<br>2375 SW 21 St<br>Miami, FL 33145 | Unsecured | Filed 02/27/13 | $250,000.00 | $0.00 | $250,000.00 |
| | Case Totals: | | | $7,901,352.23 | $77,770.78 | $7,823,581.45 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-43051 RAM
Case Name: MORERA, JORGE
Trustee Name: MARCIA T. DUNN, TRUSTEE

Balance on hand $ 238,115.16

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MARCIA T. DUNN, TRUSTEE | $ 19,633.27 | $ 0.00 | $ 19,633.27 |
| Trustee Expenses: MARCIA T. DUNN, TRUSTEE | $ 873.21 | $ 0.00 | $ 873.21 |
| Attorney for Trustee Fees: BAST AMRON, LLP | $ 99,731.50 | $ 72,427.60 | $ 27,303.90 |
| Attorney for Trustee Expenses: BAST AMRON, LLP | $ 6,683.86 | $ 5,343.18 | $ 1,340.68 |
| Accountant for Trustee Fees: CPA MARGARET J. SMITH | $ 13,910.00 | $ 0.00 | $ 13,910.00 |
| Accountant for Trustee Expenses: CPA MARGARET J. SMITH | $ 17.90 | $ 0.00 | $ 17.90 |
| Other: DAVID C. CIMO, ESQ. | $ 45,487.13 | $ 0.00 | $ 45,487.13 |
| Other: DAVID C. CIMO, ESQ. | $ 2,937.01 | $ 0.00 | $ 2,937.01 |

Total to be paid for chapter 7 administrative expenses $ 111,503.10

Remaining Balance $ 126,612.06

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,732,584.83 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as | $ 65,269.42 | $ 0.00 | $ 1,068.71 |
| 000002 | FIA CARD SERVICES, N.A. | $ 12,541.29 | $ 0.00 | $ 205.35 |
| 000003 | eCAST Settlement Corporation | $ 443.46 | $ 0.00 | $ 7.26 |
| 000004 | Portfolio Investments II LLC | $ 680.50 | $ 0.00 | $ 11.14 |
| 000005 | American Express Centurion Bank | $ 1,259.05 | $ 0.00 | $ 20.62 |
| 000006 | Capital Bank, N.A. | $ 6,134,173.08 | $ 0.00 | $ 100,439.93 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | NEXGEN SPECIAL ASSETS, LLC | $ 1,268,218.03 | $ 0.00 | $ 20,765.59 |
| 000008 | Luis C. Palau | $ 250,000.00 | $ 0.00 | $ 4,093.46 |
| | Total to be paid to timely general unsecured creditors | | $ | 126,612.06 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE